IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **QUINTEZ TALLEY,** *et al.*,<br><br>Plaintiffs,<br><br>*v.*<br><br>**TIMOTHY J. SAVAGE,** *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 22-4186-KSM |

## ORDER

**AND NOW**, this 8th day of December, 2022, upon consideration of Plaintiff Quintez Talley's *pro se* Complaint (Doc. No. 1) and Motion to Proceed *In Forma Pauperis* (Doc. No. 4), it is **ORDERED** that:

1. The Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE** in its entirety as frivolous and for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1), for the reasons stated in the Court's Memorandum.

2. The Motion to Proceed *In Forma Pauperis* (Doc. No. 4) is **DENIED AS MOOT**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**